IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EARL BREWSTER, | ) |
|    Plaintiff, | ) |
| | ) NO. 3:20-cv-01079 |
| v. | ) JUDGE CRENSHAW |
| | ) MAGISTRATE JUDGE NEWBURN |
| MASTEC NETWORK SOLUTIONS, LLC, and MASTEC, INC., | ) JURY DEMAND |
|    Defendants. | ) |

## FIRST JOINT CASE RESOLUTION STATUS REPORT

Plaintiff Earl Brewster and Defendants MasTec Network Solutions, LLC and MasTec, Inc. (collectively, the "Parties") hereby file this First Joint Case Resolution Status Report in accordance with the Court's Initial Case Management Order (Doc. 18).

On May 27, 2021, the Parties discussed this matter and their respective positions. During these communications, Plaintiff also made a settlement offer which Defendants considered and have since rejected. The Parties have now concluded that resolution of this case is not possible at this time. The Parties have agreed that continued settlement efforts will be made in good faith to reach a resolution, if at all possible. Moreover, the Parties will continue to discuss whether this matter may be resolved through alternative dispute resolution.

APPROVED FOR ENTRY:

THE EMPLOYMENT & CONSUMER LAW GROUP

/s/ G. Brandon Hall
Jonathan A. Street, BPR No. 021712
G. Brandon Hall, BPR No. 034027
1720 West End Ave., Suite 402
Nashville, TN 37203
street@eclaw.com
bhall@eclaw.com

Attorneys for Plaintiff


BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC

/s/ Christopher J. Barrett
Megan M. Sutton, BPR No. 029419
Christopher J. Barrett, BPR No. 032978
1600 West End Avenue, Suite 2000
Telephone: (615) 726-7369
Email: msutton@bakerdonelson.com
Email: cbarrett@bakerdonelson.com

Attorneys for Defendants

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2021, a copy of the First Joint Case Resolution Status Report was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Jonathan A. Street, BPR No. 021712
G. Brandon Hall, BPR No. 034027
1720 West End Ave., Ste 402
Nashville, TN 37203
(615) 850-0632

Attorneys for Plaintiff

                                                s/Christopher J. Barrett
                                                Christopher J. Barrett